IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-01166-KMT-BNB

CHERRY CREEK MORTGAGE COMPANY, INC.,

    Plaintiff,

v.

JOHN S. K. CHIU, and
ROSE LIN CHIU,

    Defendants.

# ORDER AND ORDER OF REFERENCE

    This civil action comes before the court on several matters:

I.    Consent to Proceed by Magistrate Judge

    On April 24, 2008, the above-captioned case was referred to Magistrate Judge Kathleen M. Tafoya to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* Doc. #32). All previously scheduled matters will now be handled by Magistrate Judge Tafoya in Courtroom C-205, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado. Magistrate Judge Tafoya's chambers telephone number is (303) 335-2780. All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 08-cv-01166-KMT-BNB**.

II. Order of Reference

The Order of Reference dated June 6 , 2008 (Doc. # 2) is hereby VACATED. This matter is now referred to United States Magistrate Judge Boyd N. Boland *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case. The settlement conference is currently set for March 23, 2009 at 9:00 a.m.

Dated this 20th day of November, 2008

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge