IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01166-KMT-BNB

CHERRY CREEK MORTGAGE COMPANY, INC.,

Plaintiff,

v.

JOHN S. CHIU, and
ROSE LIN CHIU,

Defendants.

_____

**ORDER**
_____

I am informed that this case has been resolved, subject to one contingency. Accordingly,

IT IS ORDERED that on or before **April 6, 2009**, if at all, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated March 23, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge